**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: BARBARA M. RODRIGUEZ                        CASE NO.: 13−10924−shl
  aka   BARBARA M. VILLANUEVA

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  13
xxx−xx−9192

---

## DEFICIENCY NOTICE

**PLEASE TAKE NOTICE that, pursuant to the automatic dismissal provisions set forth in 11 U.S.C. § 521(i), if: (1) you are an individual debtor or joint debtors, (2) you filed a voluntary case under chapter 7 or 13, (3) you fail to cure those deficiencies identified by an asterisk [*] below, and (4) the Court does not grant an extension of time or order otherwise, your case may be dismissed without further notice on or after the forty−sixth (46th) day following the commencement of the case.**

**PLEASE TAKE FURTHER NOTICE that nothing herein modifies the deadline by which any document must be filed under the applicable provisions of the Bankruptcy Code or Federal Rules of Bankruptcy Procedure, or implies that the information contained in any filed document is adequate or sufficient. Additionally, the failure to file any required document by such deadline may be cause for the dismissal or conversion of your case *prior to* the forty−sixth (46th) day following the commencement of the case.**

*The current deficiencies in your case are listed below*. If an asterisk [*] appears before a document listed below, the document is a section 521(a)(1) requirement that, if not filed, would subject your case to the automatic dismissal provisions (*referred to in the first paragraph above*).

  Exhibit D due at time of filing

*All required documents must be filed timely.* The document(s) appearing above must be filed with the Court by the applicable deadline.

**NOTE:** *No later than the time of the meeting of creditors conducted by the trustee pursuant to 11 U.S.C. § 341(a), you must provide the trustee with copies of all payment advices or other evidence of payment received from any employer within 60 days prior to the date of filing of the petition. See General Order M−382.*

Dated: March 28, 2013                                          Vito Genna
                                                               Clerk of Court

United States Bankruptcy Court
Southern District of New York

In re:                                                          Case No. 13-10924-shl
BARBARA M. RODRIGUEZ                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-1          User: avaccaro          Page 1 of 2          Date Rcvd: Mar 28, 2013
                              Form ID: def7or13       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2013.
db          +BARBARA M. RODRIGUEZ,    3930 THIRD AVE APT 508,    BRONX, NY 10457-8140
ust         +United States Trustee,    33 Whitehall Street,   21st Floor,   New York, NY 10004-2122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2013**                    **Signature:**    */s/ Joseph Speetjens*

```
District/off: 0208-1          User: avaccaro              Page 2 of 2              Date Rcvd: Mar 28, 2013
                              Form ID: def7or13          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2013 at the address(es) listed below:
          Nestor  Rosado   on behalf of Debtor BARBARA RODRIGUEZ neslaw2@msn.com
                                                                                                                                                             TOTAL: 1

13-10924-shl    Doc 6    Filed 03/30/13    Entered 03/31/13 00:21:43    Imaged
Certificate of Notice    Pg 3 of 3