**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____X
                                                                    CASE NO: 13-10924-shl
**IN RE:**

**BARGARA M. RODRIGUEZ**
                                                                    **AFFIRMATION IN OPPOSITION**
                                                **DEBTOR**
_____X


   **NESTOR ROSADO, ESQ.,** an attorney admitted to practice law in the Courts of the State of New York, and the United States District Court, Southern District of New York, affirms under penalty of perjury:

1.  That I am the attorney for the debtor.
2.  That the debtor did appear for the 341(a) meeting of creditors. All documents, i.e. tax returns and affidavit of income were provided to the Chapter 13 Trustee.
3.  That on June 8, 2013 we filed amended Schedule I and J for the debtor. The debtor is not receiving unemployment and she has obtained a second job in a restaurant. Based upon the additional income she will be able to pay under the amended proposed plan.
4.  That the debtor is current on post-petition payments to the landlord and is paying the Chapter 13 Trustee under the Plan. She will be mailing $1000 in money orders by June 14, 2013.

   Wherefore, it is respectfully, requested that this Court deny the Chapter 13, Trustee's motion, and for such other and further relief as this Court may deem just and proper.

1

Dated: New York, New York
       June 10, 2013

/s/_____
Nestor Rosado, Esq.